# EXHIBIT A

Hearing Date: 9/28/2021 9:30 AM - 9:30 AM
Courtroom Number: 1102
Location: District 1 Court
Cook County, IL

Received

AUG 27 2021

MetLife Law Department

FILED
8/9/2021 12:53 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

14359232

FILED DATE: 8/9/2021 12:53 PM    20211116772

| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State |

Summons                                                         (12/01/20) CCM 0649 A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### 1st MUNICIPAL DISTRICT, CIVIL DIVISION

Name All Parties

Joyce Mitchem

_____ Plaintiff(s)

v.

Metropolitan Life Insurance Company

_____ Defendant(s)

200 Park Ave., New York, New York 10166

Address of Defendants

Case No. 20211116772

Amount Claimed $ 30,000.00

Appearance Filing/Return Date 09/28/21

Status Date: _____

Trial Date: _____

Time 9:30  ☒ AM  ☐ PM

Room: 1102

Please serve as follows:  ● Certified Mail   ○ Sheriff Service   ○ Alias (Plaintiff select one)

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee. To file your appearance you need access to the internet and a credit card for payment. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

2. File your answer to the complaint before 9:00 am as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on page 3 of this form.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 4

| Summons | (12/01/20) CCM 0649 B |
|---|---|

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than three (3) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than three (3) days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

FILED DATE: 8/9/2021 12:53 PM 20211116772

8/9/2021 12:53 PM IRIS Y. MARTINEZ

● Atty. No.: 63279
○ Pro Se 99500

Name: Deutschman & Skafish P.C.,
Atty. for (if applicable):
Plaintiff
Address: 77 West Washington Street, Ste 1525
City: Chicago
State: IL   Zip: 60602
Telephone: 312.419.1600
Primary Email: jeff@deutschmanlaw.com

Witness: _____

_____
Iris Y. Martinez, Clerk of the Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

## NOTICE TO PLAINTIFF

You MUST select a return day of:

Not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;

Not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

**For District 1 Cases Only:**

2. On the specified Return Day, one of the following may occur:
    a. If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
        i. If Plaintiff is not present, the case may be dismissed for want of prosecution.
        ii. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
        iii. If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.
    b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on page 1 of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.
3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

**For District 2, 3, 4, 5, 6 Cases:**

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.
5. On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
6. On the specified Status/Trial Day, one of the following may occur:
    a. If Plaintiff is not present, the case may be dismissed for want of prosecution.
    b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
    c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FILED DATE: 8/9/2021 12:53 PM 20211116772

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 4 of 4