IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOYCE MITCHEM, | ) |
|     *Plaintiff* | ) Case No. 1:21-cv-04922 |
| | ) |
| | ) Judge Sharon Johnson Coleman |
| v. | ) |
| | ) Magistrate Judge Beth W. Jantz |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
|     *Defendant* | ) |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) to the dismissal of Plaintiff's Amended Complaint and the above captioned lawsuit, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

By: /s/ Bradley A. Skafish (with consent)
    Attorney for Plaintiff,
    Joyce Mitchem

Bradley A. Skafish
Deutschman & Skafish, P.C.
77 W. Washington Street, Suite 1525
Chicago, Illinois 60602
P: 312-419-1600
brad@deutschmanlaw.com

By: /s/ Jacqueline J. Herring
    Attorney for Defendant,
    Metropolitan Life Insurance Company

Jacqueline J. Herring (IL 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
jackie.herring@svs-law.com

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Jeffrey S. Deutschman
Bradley A. Skafish
Deutschman & Skafish, P.C.
77 W. Washington Street, Suite 1525
Chicago, Illinois 60602
jeff@deutschmanlaw.com
brad@deutschmanlaw.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300  |  F  312.541.0933
jackie.herring@svs-law.com
Illinois Bar No. 6282246